

# NUMBER 13-21-00220-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE MCCOY CORPORATION AND ERIK DELGADILLO

### On Petition for Writ of Mandamus.

## ORDER OF ABATEMENT

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

Relators McCoy Corporation and Erik Delgadillo and real party in interest Israel Gutierrez have filed a joint motion to abate this original proceeding on grounds that the "parties are engaged in discussions to resolve the subject of this proceeding without further Court ruling." The parties request that we abate this matter for at least twenty-one days and until further order of this Court.

The Court, having examined and fully considered the joint motion to abate this original proceeding, is of the opinion that the joint motion should be granted. Accordingly,

we grant the joint motion to abate, and we order this original proceeding abated until further order of this Court. We direct relators to file an appropriate motion with the Court within thirty days advising the Court of the status of this original proceeding.

PER CURIAM

Delivered and filed on the
31st day of August, 2021.

2